UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:   Specialty Acquisition Corp.

Case No.:  10-51437
Chapter:  11

_____
               Debtor(s)

## AMENDMENT COVER SHEET

The following items have been amended in the above named bankruptcy proceeding (check all applicable boxes).

- ____ Voluntary Petition (specify reason for amendment)
- ____ Summary of Schedules
- ____ Statistical Summary of Certain Liabilities
- ____ Schedule A - Real Property
- ____ Schedule B - Personal Property
- ____ Schedule C - Property Claimed as exempt
- ✓ Schedule D, E or F and/or Matrix, and/or List of Creditors or Equity Holders
  - ____ Add/delete creditor(s), change amount or classification of debt - $26.00 Fee required.
  - ____ Add/change address of already listed creditor - No fee
- ____ Schedule G - Executory Contracts and Unexpired Leases
- ____ Schedule H - CoDebtors
- ____ Schedule I - Current Income of Individual Debtor(s)
- ____ Schedule J - Current Expenditures of Individual Debtor(s)
- ____ Declaration Concerning Debtor's Schedules
- ____ Statement of Financial Affairs and/or Declaration
- ____ Chapter 7 Individual Debtor's Statement of Intention
- ____ Disclosure of Compensation of Attorney for Debtor(s)
- ____ Statement of Current Monthly Income and Means Test Calculation
- ____ Certification of Credit Counseling
- ____ Other:

**Amendment of debtor(s) Social Security Number requires the filer to follow the instructions provided by the Office of the U.S. Trustee, see link to the U.S. Trustee's website on our website: www.nvb.uscourts.gov**

### Declaration of Debtor

I (We) declare under penalty of perjury that the information set forth in the amendment(s) attached hereto is (are) true and correct to the best of my (our) information and belief.

Date: 7/15/2010    Nello Giofantini, III
                   President and Chief Executive Officer
                   Debtor

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Georgia

In re   **Specialty Acquisition Corp.**                                                             Case No.   **10-51437**
                                            Debtor(s)                                               Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| City of Phoenix Water Svcs. Dept. PO Box 29663 Phoenix, AZ 85038 | City of Phoenix Water Svcs. Dept. PO Box 29663 Phoenix, AZ 85038 | Utilities | | 4.90 |
| Joseph Jay Schneider III Caroline Schneider 6559 East Morning Vista Lane Cave Creek, AZ 85331 | Joseph Jay Schneider III Caroline Schneider 6559 East Morning Vista Lane Cave Creek, AZ 85331 | Guarantor of loan to Oak Creek Condominiums, LLC | Contingent | 372,581.78 |
| La Jolla Bank, FSB 390 West Valley Parkway Escondido, CA 92025 | La Jolla Bank, FSB 390 West Valley Parkway Escondido, CA 92025 | Guarantor of loan to 5th and Lincoln, LLC | Contingent | 6,400,000.00 |
| La Jolla Bank, FSB 390 West Valley Parkway Escondido, CA 92025 | La Jolla Bank, FSB 390 West Valley Parkway Escondido, CA 92025 | Guarantor of loan to Oak Creek Condominiums, LLC | Contingent | 3,840,000.00 |
| La Jolla Bank, FSB 390 West Valley Parkway Escondido, CA 92025 | La Jolla Bank, FSB 390 West Valley Parkway Escondido, CA 92025 | Guarantor of loan to JFP 1330, LLC | Contingent | 3,020,000.00 |
| RBF Consulting 16605 N 28th Ave, Ste 100 Phoenix, AZ 85053 | RBF Consulting 16605 N 28th Ave, Ste 100 Phoenix, AZ 85053 | Consulting services | | 9,185.50 |
| Tholl Fence, Inc 800 Glendale Ave Sparks, NV 89432 | Tholl Fence, Inc 800 Glendale Ave Sparks, NV 89432 | Fence repair | | 330.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

B4 (Official Form 4) (12/07) - Cont.

In re **Specialty Acquisition Corp.** Case No. **10-51437**
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President and Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **7/15/2010**   Signature **/s/ Nello Gonfiantini III**
**Nello Gonfiantini III**
**President and Chief Executive Officer**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.